# MEMO ENDORSED



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**BASIL C. SITARAS**
*Assistant Corporation Counsel*
Tel.: (212) 788-0422
Fax: (212) 788-9776

August 2, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07

<u>VIA HAND DELIVERY</u>
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Mark Kapiti v. Raymond W. Kelly, et al.</u>, 07 Civ. 3782 (RMB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendants City of New York, Raymond W. Kelly, and the Property Clerk of the New York City Police Department. Pursuant to an inquiry from Your Honor's Chambers, I am writing with the consent of plaintiffs' counsel, Steven L. Kessler, Esq. to respectfully request that the Initial Conference presently scheduled for August 8, 2007 at 9:00 a.m. be adjourned until August 21, 2007 at 3:30 p.m..

      Thank you for your consideration in this regard.

Respectfully submitted,

*Basil C. Sitaras*

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel
Special Federal Litigation Division

RECEIVED AUG 03 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

cc:    <u>VIA FACSIMILE</u>
       Steven L. Kessler, Esq.
       Attorney for Plaintiff
       Fax: (212) 297-0777

SO ORDERED
*Richard M. Berman* 8/3/07
RICHARD M. BERMAN U.S.D.J.