UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mark Kapiti
               Plaintiff(s),

        - v -

City of New York, et al.
               Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

**Case Management Plan**

07 CV. 3782 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  9/21/2007

(ii)   Amend the pleadings by  9/21/2007

(iii)  All discovery to be expeditiously completed by  12/21/2007

(iv)   Consent to Proceed before Magistrate Judge  Not at this time.

(v)    Status of settlement discussions  Preliminary stages - parties are confident this can be resolved quickly. 1/7/08 @ 9:15

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
            8/21/07

                                          RMB
                                    _____
                                    Hon. Richard M. Berman, U.S.D.J.