UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MARK KAPITI,

                              Plaintiff,

    -against-

RAYMOND W. KELLY, in his official capacity as Commissioner of the New York City Police Department, PROPERTY CLERK, New York City Police Dep't, and THE CITY OF NEW YORK,

                              Defendants.
------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 Civ. 3782 (RMB)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Police Commissioner Raymond Kelly, and the Property Clerk of the New York City Police Department.[1]

Dated: New York, New York
       September 18, 2007

                                  MICHAEL A. CARDOZO
                                Corporation Counsel
                                    of the City of New York
                                Attorney for Defendant City of New York,
                                Police Commissioner Raymond Kelly, and the Property Clerk of the New York City Police Department
                                100 Church Street
                                New York, New York 10007
                                (212) 788-8084

                       By:   */s/ David M. Hazan*
                            David M. Hazan (DH-8611)
                            Assistant Corporation Counsel
                            Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip S. Frank, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.