# EXHIBIT "A"

PAGE  02

05/16/2006  02:31    917183697871    BSVES
5/16/2006 2:18:08 AM   PAGE 002/003    Fax Server

2006BX026125



BRONX SUPREME COURT
CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF NEW YORK

v.

1.  ANGEL TOLEDI M/33

2.  MARK KAPITI M/35 — /8 ?

                    Defendants

STATE OF NEW YORK

COUNTY OF THE BRONX

PO MAUREEN ENNIS of VICE ED, Shield# 2705, states that on or about May 15, 2006 at approximately 10:15 PM at corner of Sedgwick Avenue & Stevenson Place, County of the Bronx, State of New York,

THE DEFENDANTS, ACTING IN CONCERT, COMMITTED THE OFFENSES OF:
1 (M) P.L. 270.00(2)(a)(ii)    Unlawfully Dealing with Fireworks
2 (M) P.L. 270.00(2)(a)(i)     Unlawfully Dealing with Fireworks
3 (V) P.L. 270.00(2)(b)(i)     Unlawfully Dealing with Fireworks

IN THAT THE DEFENDANTS, ACTING IN CONCERT, DID: did offer or expose for sale, sell or furnish, any fireworks or dangerous fireworks valued at five hundred dollars or more; did offer or expose for sale, sell or furnish, any fireworks or dangerous fireworks and did possess, use, explode or cause to explode any fireworks or dangerous fireworks.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states that, at the above time and place, deponent observed defendants acting in concert, in that, she observed both defendants placing fifteen (15) boxes inside the cargo compartment of a 2006 Acura SUV, New York license plate number DNC4337. Deponent further states that several of said fifteen (15) boxes were labeled: FIREWORKS. Deponent further states that the above mentioned boxes contained a variety of explosive items. Deponent further states that said fireworks were valued in excess of five hundred dollars ($500), United States currency.

Deponent further states that neither defendant had a license or permit as required by law to possess said fireworks. Deponent further states that, based

SUV HELD FOR FORFEITURE

7/11  MEP Don

Page 1 of 2



000265747

05/16/2006  02:31    917183697871              BSVES                    PAGE  03
RightFax                  5/16/2006 2:16:08 AM    PAGE 003/003    Fax Server

upon her training and experience, which includes training in the recognition of
fireworks and its packaging, the aforementioned combustible, explosive or
inflammable items are alleged and believed to be fireworks.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

5|16|06 @215 hrs  Det  Eam

—————————————        —————————————
DATE and TIME              SIGNATURE



000265747

# EXHIBIT "B"

# PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE

PD 571-147 (Rev. 5/01)-Pent

**B 103699 V**

**CATEGORY OF PROPERTY:** ☐ Rotation Tow *(See Reverse Side of Yellow Copy)* ☐ Arrest Evidence ☒ Forfeiture ☐ Investigation ☐ Safekeeping ☐ Determine True Owner ☐ Photo-Release

DATE **MAY 15** YR **2006** PCT. **050**

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| DET ENNIS | det | 2705 | 926906 | BSVES |

| Year of Veh. | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 2006 | ACURA | SUV | SUV | GREY | 2HNYD18666H516660 |

| No. of Lic. Plates | Lic. Plate No. | State | Certificate of Inspection | Veh./Boat Running | Boat Found Adrift |
|---|---|---|---|---|---|
| ☐One ☒Two ☐None | DBC4337 | NY | Ser. No. _____ State ___ Yr. ___ | ☒Yes ☐No | ☐Yes ☐No |

| Item Pct. Qty. | No. of Tires **4**? | No. of Air Bags **2** | Battery ☐Yes ☐No | Radio ☐AM ☒AM/FM ☐None | Other Sound Equip. ☐CD ☐Cass ☐None | Special Wheels/Wheel Covers | Keys With Vehicle ☒Ignition ☐Trunk ☐None |
|---|---|---|---|---|---|---|---|

| Item Pct. | Trunk ☒Open ☐Locked ☐Broken | Glove Compartment ☒Open ☐Locked ☐Broken | Exterior Condition ☒Good ☐Fair ☐Poor ☐Shell | Interior ☒Good ☐Fair ☐Poor |
|---|---|---|---|---|

Additional Equipment or Accessories.

Pct. Qty.

List Missing or Damaged Parts (Indicate Which)

Pct. Qty.

| Location Veh./Boat Detained C/O SEDGWICK AND STEVENSON | Time 2215 | Date 05/15/2006 | Personal Property Removed ☐Yes ☒No | Pr. Clk. Invoice No. |
|---|---|---|---|---|

| Alarm No. | Pct. 050 | Complaint No. 999999 | Date Trans. | Cancelled By | Date Cancelled | Time | N.A.T.B. NTFD. ☐Yes ☐No | Inter-City Corres. Unit No. |
|---|---|---|---|---|---|---|---|---|

| Registered Owner Notified By DET ENNIS | Rank det | Shield No. 2705 | Precinct 050 | Date 05/15/2006 | Time 2215 | How Notified ☐Letter ☐Telephone ☐ |
|---|---|---|---|---|---|---|

| Vehicle Taken From | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|

| Prisoner's Last Name LAPITI, MARK | First | Age 35 | Address 3890 SEDGWICK AVENUE | City BRONX | State NY | Zip Code 10463 | No. of Pri... 2 |
|---|---|---|---|---|---|---|---|

05/15/2006   L066029311L   650   C999999   050   C270.00 fireworks

| Double Tow ☐Yes ☐No | Signature of Authorizing Officer | Receipt Received/Issued |
|---|---|---|

| Name of A.D.A. Requesting Vehicle be Held | Borough | Telephone No. |
|---|---|---|

Remarks: Enter any additional details, including a description of valuable parts, accessories, etc. Briefly explain why vehicle was taken into custody.

**AT TPO DEFT WAS TRANSPORTINGI ILLEGAL FIREWORKS FROM PENSYLVANIA INTO NEW YORK CITY.**

☐ CHECK IF RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

| Arresting/Assigned Officer Signature | Reviewing Supervisor | Tax No. | Rank | Date |
|---|---|---|---|---|

| Storage Facility | Vehicle Delivered By | Shield | Tow Truck No. | Date | Time |
|---|---|---|---|---|---|

| Received at Storage Facility By | Rank | Shield No. | Date | Time | Location at Storage Facility |
|---|---|---|---|---|---|

Attach Copy of FINEST Printouts For All Vehicles
Attach Copy of Complaint Report for Arrest Evidence, Investigation or Forfeiture Cases

Property Clerk Storage Number

**B 103699 V**

**DISTRIBUTION: WHITE** - Prop. Clk. File    **SECOND WHITE** - Inventory Unit Copy    **YELLOW** - Prop. Clk. Work
**BLUE** - Police Officer's Copy    **GREEN** - Evidence Release/Investigation Copy    **PINK** - Prisoner/Claimant Recei...

# EXHIBIT "C"

v.

MARK KAPITI, Respondent(s).

<u>PETITION AND NOTICE OF HEARING</u>

A 2006 ACURA, was seized by the New York City Police Department on MAY 15, 2006 under property clerk invoice (voucher) #B103699, as the alleged instrumentality of a crime, pursuant to section 14-140 of the New York City Administrative Code. It is the intention of the Police Department to commence a civil forfeiture proceeding in order to confiscate the vehicle, and to retain the vehicle until the conclusion of those proceedings. Your acceptance of a hearing to contest the Police Department's retention of the above mentioned vehicle was received by the Police Department on May 23, 2006. The hearing has been scheduled for:

DATE:     JUNE 05, 2006

TIME:     2:00 PM

PLACE:    New York City Office of Administrative Trials and Hearings (OATH)
          40 Rector Street, 6th Floor
          New York, New York 10006-1705
          Phone: (212) 442-4900
          FAX: (212) 442-8910
          TDD: (212) 442-4939

**In cases in which the District Attorney has determined that the vehicle is needed as evidence in a criminal proceeding, including any appeals in any such proceeding, the hearing may not be held during the period the vehicle is so needed.**

At the hearing, you have the right to be present in person, and you have the right to be represented by an attorney or other representative. If you choose to be represented by an attorney or other representative, that person must file a notice of appearance with OATH prior to the commencement of the hearing. If you fail to appear at the hearing, either in person or by an authorized representative, the presiding judge may declare you to be in default, may determine that you have waived your right to a hearing, may decide the case against you in your absence, and may make other determinations in your absence.

You have a right to file an answer to this petition with OATH before the commencement of the hearing. OATH's rules of practice and procedure are published in title 48 of the Rules of the City of New York, and copies are available at OATH's offices.

New York City Police Department
Legal Bureau, Civil Enforcement Unit
By:

*Gina Klein*
Gina Klein

2 Lafayette Street, 5th Floor
New York, New York 10007
(917) 454-1111 S# 06/1678

# EXHIBIT "D"

To all to whom these Presents shall come or may Concern, Know That, *Honda Financial Services* a corporation maintaining a place of business at *600 Kelly Way, Holyoke MA 01040* as RELEASOR,

in consideration of the release of a 2005 ACURA MDX, Vehicle Identification Number 2HNYD18666H516650, from the PROPERTY CLERK, NEW YORK CITY POLICE DEPARTMENT.

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges the Property Clerk, New York City Police Department, the RELEASEE, RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, and further agrees:

That the RELEASOR'S will hold harmless the RELEASEE, the New York City Police Department, its agents, servants and employees and indemnify same from any claim or claims that may be asserted against them and for any damage, expense or cost which the New York City Police Department may suffer in connection with property vouchered under Property Clerk, New York City Police Department Invoice VR1103699.

Furthermore, whereas the subject vehicle has been seized and whereas Releasee intends to commence, or has commenced, a forfeiture action to obtain legal title to the subject vehicle, Releasor has terminated its lease agreement with, and agrees not to return the subject vehicle to the custody or control of MARK KAPITI, or any member of his family and/or household.

Whenever the text hereafter requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

In Witness Whereof, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on the *30* day of *May*, 2006. By: *Tara L Miles*

Authorized agent of *Honda Financial Services*

In presence of,

STATE OF *MA* COUNTY OF *Hamden* ss:

On the *30* day of *May*, 2006 before me *Tara Miles* personally came to me known, by me duly sworn, did depose and say that deponent resides at *600 Kelly Way*, that deponent is the *Supervisor* of *Honda Financial Services* the corporation described in, and which executed the foregoing RELEASE; that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of _____ of the corporation; and that deponent signed deponent's name by like order.

*Dimitra A. Kenney*

NOTARY PUBLIC

Dimitra A. Kenney
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 31, 2009

TOTAL P.02

# EXHIBIT "E"

## CEU Voucher Tracking System

| | | | |
|---|---|---|---|
| **Seizure #:** 06-1678 | **Voucher #:** B103699 | **VIN #:** 2HNYD18666H516660 | **Arrest Date:** 05/15/06 |
| **ntake Date:** 05/19/06 | **Veh Make:** ACURA | **Plate #:** DNC4337 | **Arrest #:** B06632931 |
| **\*Storage #:** 06P00473 | **Veh Year:** 2006 | **Plate State:** NY | **Index #:** |
| **Forfeiture #:** | **\*Veh Make:** ACU | **\*VIN #:** 2HNYD18666H516660 | |
| | **\*Veh Year:** 2006 | | |

**Crime:** FIREWORKS

| Name | NORTH Sent | Hearing Accepted | Hearing Notice | Hearing Waived |
|---|---|---|---|---|
| **Defendent:** KAPITI, MARK | / / | 05/23/06 | 06/05/06 | |
| **Registrant:** KAPITI, MARK | / / | 05/23/06 | 06/05/06 | |
| **Title Holder:** HVT INC., | / / | / / | / / | |

**Hearing Atty:** TRIFFON          **CEU Release Status:** RELEASE TO TITLED OWNER -

**Hearing Disp:** NEEDED BY DA AS EVIDENCE - NO

**Stlmt Offered:** Y     **Stlmt Accepted:** Y          **CEU Final Case Disp:** GIVEBACK- RELEASE ISSUED

**Retention Ordered:** N                              **Date CEU Closed:** 08/16/06

**Litigation Atty:**                                   **\*CPAP Release Date:** 08/17/20

**Classification:** FORFEITURE                         **Settlement Amt:**     0.00

**Lien Holder:**                  **Demand:**        **Permissions:**

**Notes:**     Below entered by tax #██████on 12/19/2006 11:30:27  Rec ID: 213138

12/19 - Confirmed w/ ADA Benevich that the D was brought to trial and was acquitted.  I gave this information to Rudy Meola. (EMR)
=============================================================================
Below entered by tax #:████on 09/21/2006 16:50:22  Rec ID: 213138

Rob Fodera spoke with Rudy Meola, attorney for Honda, the lienholder in this case, on September 21, 2006; during the conversation, Mr. Meola stated that the attorney for the criminal defendant / titled owner prior to the lienholder's conversion, Mark Kapiti, is threatening to sue Honda for the return of the vehicle; Mr. Meola stated that he is going to commence an action for a declaratory judgment affirmatively holding that the contract was violated and Honda is entitled to the vehicle; he expects to name the Property Clerk as an interested party and I agreed to accept service of his S & C.  RF
=============================================================================
Below entered by tax #:█████ on 08/18/2006 09:51:19  Rec ID: 213138

Deft was info car was claimed by leasing company and released.  EV
=============================================================================
Below entered by tax #:████on 08/16/2006 10:34:13  Rec ID: 213138

8/16/06 DAR rec'd. issued release to leasing co. KD
=============================================================================
Below entered by tax #:████on 07/10/2006 16:59:41  Rec ID: 213138

Awaiting DAR.  When recd, release vehicle to TO Leasing Co.  File to cabinet. GT
=============================================================================
Below entered by tax #:████on 06/05/2006 12:06:12  Rec ID: 213138

NYC 11

## CEU Voucher Tracking System

Awaiting DAR.  ADA Rita Benevich wants car for evidence, will call when released.  718 590 2705.  File on GT desk. GT

========================================================================
Below entered by tax #▉▉▉▉ on 06/02/2006 14:50:57  Rec ID: 213138

HONDA finance will take possession.  HONDA signed HH.  File to basket for approval. GT
========================================================================

# EXHIBIT "F"

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG
JOSEPH ZODDA

WRITER'S EXT. 248

September 11, 2006

Via Fax 518-426-3309
Miller & Meola P.C.
14 Corporate Woods Blvd.
Albany New York 12211
Attn: Rudolph J. Meola, Esq.
518-465-7591

Re:    Mark Kapiti v. Honda Financial Services
       VIN: 2HNYD18666H516660                    Vehicle: 2006 Acura MDX

Dear Mr. Meola;

        This office represents Mark Kapiti regarding the above and is in furtherance of
our conversation.

        Enclosed please find copies of the following:
1. Criminal Court Complaint; 2. Property Voucher; 3. Notice of Hearing; 4. Release
from Honda; 5. Letter from Honda dated 5/3/06.

        Mr. Kapiti's leased vehicle was impounded by the NYPD and the subject of a
forfeiture hearing. At the Hearing, Honda was entitled to claim "an innocent owner"
defense and the vehicle would have been returned to Honda and my client would have
received his vehicle back. Instead, Honda chose to sign a Release in favor of the NYPD,
agreed in writing not to return the vehicle to my client, and no hearing was held.
Honda did not have to sign the Release and letter, and did so to the detriment of Mr.
Kapiti.

        Demand is hereby made for the immediate return of the vehicle to Mr. Kapiti.
Please be advised that in the event the vehicle is not returned within five (5) days
hereof, my client is fully prepared to take all legal steps necessary to protect his
interests herein.

                                    Yours,

                                    Stephen I. Wohlberg

SIW/bms

# NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
### ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

L SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN L WOHLBERG
JOSEPH ZODDA

WRITER'S EXT. 248

September 20, 2006

Via Fax 800-457-9931
American Honda Finance Corporation
600 Kelly Way
Holyoke, Massachusetts 01040
Attn: Tara L. Miles
800-807-7724 x1416

Re:   Mark Kapiti
      VIN: 2HNYD18666H516660
      Vehicle: 2006 Acura MDX

Dear Ms. Miles;

This office represents Mark Kapiti regarding the above, and is in furtherance of our conversation of today.

Enclosed please find a copy of my letter dated September 11, 2006 to your general counsel.

You advised that the vehicle was sent to auction. Demand is hereby made that the vehicle be immediately returned to my client and not sold.

Please be advised that Mr. Kapiti is fully prepared to take all legal steps necessary to protect his interests herein, including, but not limited to the commencement of a lawsuit where he will seek damages as well as costs and legal fees.

Yours,

Stephen I. Wohlberg

cc: Rudolph J. Meola, Esq. Via Fax 518-426-3309
SIW/bms

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG

WRITER'S EXT. 248

January 10, 2007

Mark Kapiti
3890 Sedgwick Avenue, Apt. 5D
Bronx, New York 10463
718-440-7054

    Re:    Mark Kapiti v. Honda
           VIN: 2HNYD18666H516660, Vehicle: 2006 Acura MDX

Dear Mr. Kapiti:

    I have had several conversations with Mr. Von Johnston, paralegal, Ross Gelfand, Esq., 1265 Minhinette Drive, #150, Rosswell GA. 30075,  800-899-4353 x 4627, fax 770-840-8575, attorney for Honda Financing, who demanded $6,048.95. In order to settle this matter now, Honda would agree to a $2,000 reduction, and accept $4,048.

    Enclosed please find a copy of your vehicle payment history faxed to me by Mr. Von Johnston. Honda claims you did not make the 2/06 lease payment and were therefore always one month behind in your payment. Accordingly, when the police seized your vehicle, Honda decided to exercise its option to repossess the car based on your default in payments, as outlined in their letter of 5/3/06, a copy of which is enclosed.

    Please provide me with copies of the front and back of your checks showing that you were in fact current with your payments.

    Please feel free to contact me regarding this matter.

                                    Very truly yours,

                                    Stephen I. Wohlberg

SIW/bms
encls.

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON N. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG

WRITER'S EXT. 248

February 5, 2007

Via Certified Mail RRR
Law Offices of Ross Gelfand
1265 Minhinette Drive, Suite 150
Roswell, Georgia 30075
Attn: Maxine Tate, Esq.
678-287-4602

Re:   Mark Kapiti v. Honda Financial Services
      VIN: 2HNYD18666H516660          Vehicle: 2006 Acura MDX

Dear Ms. Tate;

    This office represents Mark Kapiti regarding the above and is in furtherance of
our conversation and my conversations with Mr. Von Johnston of your office.

    When Honda wrongfully repossessed my client's vehicle, Honda issued a signed
sworn statement dated 5/30/06, by Tara Miles, Customer Account Representative for
Honda Financial Services, stating "Mark Kapiti is in default of a contractual agreement
dated 2/6/06.  The account is due for $504.20".

    However, this sworn statement is flatly contradicted by the "backup information"
provided by Honda.  According to the Client Payment History you sent me generated by
Honda, both the 5/4/06 and 6/4/06 invoices state "Total past Due: $0.00".

    Thus according to Honda's own records, Mr. Kapiti had a ZERO ($0.00) past due
amount when Honda wrongfully repossessed his vehicle on or about 5/30/06.

    Accordingly, demand is once again hereby made for the immediate return of the
vehicle to Mr. Kapiti and that Honda notify and remove the negative rating from all
credit agencies .  Please be advised that in the event same is not done within five (5)
days hereof, my client is fully prepared to take all legal steps necessary to protect his
interests herein.

                                    Yours,

                                    Stephen I. Wohlberg

SIW/bms

# EXHIBIT "G"

SUPREME COURT OF THE STATE OF NEW YORK       NO FEE
BRONX COUNTY
851 GRAND CONCOURSE
BRONX, NY 10451

CERTIFICATE OF DISPOSITION - MISDEMEANOR/VIOLATION

DATE: 12/14/2006                    CERTIFICATE OF DISPOSITION NUMBER: 13008

PEOPLE OF THE STATE OF NEW YORK         CASE NUMBER:            26125C-2006
               VS.                      LOWER COURT NUMBER(S): 2006BX026125
                                        DATE OF ARREST:         05/15/2006
                                        ARREST #:               B06632931
                                        DATE OF BIRTH:          08/08/1970
KAPITI,MARK

_____
         DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 11/17/2006 THE ABOVE NAMED
DEFENDANT WAS TRIED AND FOUND NOT GUILTY OF ALL PENDING CRIMINAL
CHARGES AS TO THIS CRIMINAL ACTION BEFORE THE HONORABLE
FABRIZIO,R   THEN A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED ACQUITTAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 12/14/2006.

COURT CLERK