UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARK KAPITI,

                               Plaintiff,

                                                    NOTICE OF APPEARANCE

   -against-

RAYMOND W. KELLY, in his official capacity as
Commissioner of the New York City Police
Department, PROPERTY CLERK, New York City
Police Dep't, and THE CITY OF NEW YORK,                 07 Civ. 3782 (RMB) (KNF)

                                 Defendants.
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Philip Sebastian Frank**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Police Commissioner Raymond Kelly, and the Office of the Property Clerk of the New York City Police Department.

Dated:  New York, New York
         April 25, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendant City of New York,
                                        Police Commissioner Raymond Kelly, and the
                                        Property Clerk of the New York City Police
                                        Department
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0893

                        By:     /s/ Philip S. Frank
                                 Philip S. Frank (PF-3319)
                                 Assistant Corporation Counsel
                                 Special Federal Litigation Division