UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MARK KAPITI,                                                              07 Civ. 3782 (RMB) (KNF)

                Plaintiff,

     -against-                                                         CERTIFICATE OF SERVICE

RAYMOND W. KELLY, ET. AL.
and Third-Party Action

               Defendant(s).
----------------------------------------------------------------------X

    I, DENISE GREEN, being duly sworn, deposes and says:

1.    I am not a party to the action. I am over 18 years of age and reside at New York, New York.

2.    On May 22, 2008, I served the within Notice of Motion with supporting Affidavits and Exhibits upon the parties listed below at the address so designated for that purpose, by depositing a true copy thereof enclosed in a post-paid wrapper, by FEDERAL EXPRESS, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to each of the following persons at the last known address set forth after each name:

                <u>By Federal Express</u>
                Hon. Richard M. Berman
                United States District Court
                Southern District of New York
                United States Courthouse
                500 Pearl Street
                New York, New York  10007

                <u>By Federal Express</u>
                MICHAEL A. CARDOZO
                New York City Corporation Counsel
                The City of New York
                Law Department
                100 Church Street
                New York, New York  10007
                Attn:  Philip Frank, Esq.
                      and
                <u>By Hand Delivery</u>
                Steven L. Kessler, Esq.
                122 East 42nd Street, Suite 606
                New York, New York  10168

*s/Denise Green*
Denise Green

Sworn to before me this
 22nd day of May, 2008.

*s/Michael Alan Rosenberg*
NOTARY PUBLIC, State of New York
No. 02R08650935
Qualified in New York County
Commission Expires Aug. 31, 2010