STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------

Mark Kapiti       Plaintiff(s)/Petitioners(s).

-against-

Raymond W. Kelly, et al.   Defendant(s)/Respondents(s).

AFFIDAVIT OF SERVICE

Index No.

-------------------------------------------------------------

State of New York, County of New York, ss:

Louis J. Pastina, being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at 100 Church Street, N.Y. N.Y.
That on March 19th, 2008 at         am/pm, at 111 Eight Ave., N.Y., N.Y.
deponent served the within Third party complaint on American Honda Finance Corp. defendant therein named.

1. **INDIVIDUAL** ☐ by delivering a true copy of each to said defendants personally, deponent knew the person so served to be the person described as said defendant therein.

2. **CORPORATION** ☐ a Foreign corporation, by delivering thereat a true copy of each to Elana Bou personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be the authorized agent thereof.

3. **SUITABLE AGE PERSON** ☐ by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling house (usual place of abode) within the state.

4. **AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat.
   Day _____ Date _____ Time _____ Day _____ Date _____ Time _____
   Day _____ Date _____ Time _____ Day _____ Date _____ Time _____
   Verification:

**MAILING USE WITH 3 or 4** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to recipient's last known residence, at _____ and deposited said wrapper in ☐ a post office ☐ official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION USE WITH 1, 2 or 3** ☐ Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☒ Female | ☐ Black Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Male | ☐ Brown Skin | ☒ Blond Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Red Skin | ☐ Brown Hair | ☐ Beard | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ White Skin | ☐ Gray Hair | ☐ Glasses | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Yellow Skin | ☐ Yellow Hair | ☐ Mustache | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

☐ Other _____

**USE IN NYC CIVIL CT** ☐ The language required by NYCRR 29002(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me this 28 day of May 2008

MOSES S. WILLIAMS
Commissioner of Deeds
City of New York No. 2-12722
Certificate Filed in New York County
Commission Expires July 1, 20__

Process Services Lic #

Print name beneath signature
Louis J. Pastina

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.