Exhibit "I"

To all to whom these Presents shall come or may Concern, Know That, _Honda Financial Services_ a corporation maintaining a place of business at _600 Kelly Way, Holyoke MA 01040_
                                                                                              as RELEASOR,
in consideration of the release of a 2006 ACURA MDX, Vehicle Identification Number 2HNYD18666H516660, from the PROPERTY CLERK, NEW YORK CITY POLICE DEPARTMENT,

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges the Property Clerk, New York City Police Department, the RELEASEE, RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, and further agrees:

That the RELEASORS will hold harmless the RELEASEE, the New York City Police Department, its agents, servants and employees and indemnify same from any claim or claims that may be asserted against them and for any damage, expense or cost which the New York City Police Department may suffer in connection with property vouchered under Property Clerk, New York City Police Department Invoice #B103699.

Furthermore, whereas the subject vehicle has been seized and whereas Releasee intends to commence, or has commenced, a forfeiture action to obtain legal title to the subject vehicle, Releasor has terminated its lease agreement with, and agrees not to return the subject vehicle to the custody or control of MARK KAPITI, or any member of his family and/or household.

Whenever the text hereafter requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

In Witness Whereof, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on the _30_ day of _May_, 2006
                         By: _Tara L Miles_
Authorized agent of _Honda Financial Services_
In presence of,
STATE OF _MA_    COUNTY OF _Hampden_   ss:

On the ___ day of _____, 2006 before me _Tara Miles_ personally came to me known, by me duly sworn, did depose and say that deponent resides at _600 Kelly Way_, that deponent is the _Supervisor_ of _Honda Financial Services_ the corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of _Honda Financial_ of the corporation; and that deponent signed deponent's name by like order.
                                                                    _Dimitra A Kenney_
                                                                    NOTARY PUBLIC

Dimitra A. Kenney
Notary Public
Commonwealth of Massachusetts
Commission Expires
July 31, 2009
                                                                                    TOTAL P.02



**HONDA**

Financial Services

Date: 5/30/06

Attn. City of New York  
NYPD Legal Bureau  
College Point Auto Pound

Re: Mark Kapiti  
VIN: 2HNYD18666H516660  
Vehicle: 2006 Acura MDX

To Whom It May Concern:

Honda Financial Services agrees to indemnify and hold you harmless for any liability or claim made against you arising out of the release of the above referenced vehicle to Honda Financial Services.

Mark Kapiti is in default of a contractual agreement dated February 2, 2006. The account is due for 504.40.

Honda Financial Services will not release this vehicle to the customer nor any relatives or friends of our customer without your consent.

We give our authorization for The Crossland Group, Inc. to pick up the above vehicle on our behalf.

Agent for The Crossland Group _____

I hereby state that I have the authority to make the representation made herein.

Sincerely,

Tara L. Miles  
Tara Miles  
Customer Account Representative  
Honda Financial Services

Sworn and certified before me today 5-30-06  
Dimitra A Kenney  
Notary Public  
My Commission Expires 7/31/07 in the State of MA

Northeast Region

American Honda Finance Corporation  600 Kelly Way, Holyoke, Massachusetts 01040-9682  (800) 542-2432  Fax (800) 752-9927