## *Michael A. Rosenberg*

ATTORNEY AT LAW

THE CHANIN BUILDING

122 EAST 42ND STREET, SUITE 606, NEW YORK, NEW YORK 10168

TEL: 212-972-3325 / FAX: 212-972-3329

PLEASE REFER ALL CORRESPONDENCE
TO THE NEW YORK ADDRESS

| SUFFOLK OFFICE | NASSAU OFFICE | QUEENS OFFICE |
|---|---|---|
| 140 FELL COURT | 1050 FRANKLIN AVENUE | 80-02 KEW GARDENS ROAD, STE. 1010 |
| HAUPPAUGE, NEW YORK 11788 | GARDEN CITY, NEW YORK 11530 | KEW GARDENS, NEW YORK 11415 |
| TEL: 631-851-0088 | TEL: 516-294-5843 | TEL: 718-575-2225 |
| FAX: 631-851-0820 | FAX: 516-248-8124 | FAX: 718-575-2228 |
| JEFFREY W. WALLER | GEORGE F. HAND | JOAN A. SOARES |
| of Counsel | of Counsel | of Counsel |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/03/08

May 30, 2008

Hon. Richard M. Berman
United States District Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Mark Kapiti
                v. Raymond W. Kelly, et. al.
                07 Civ. 3782 (RMB)(KNF)

*Extension Granted.*

SO ORDERED.
Date: 6/3/08
Richard M. Berman, U.S.D.J.

Honorable Sir:

    I am communicating with the Court to advise that the Court Ordered deposition of American Honda Finance Corporation has been held and concluded as of this day.

    I also write because your Honor has extended the City of New York's time to oppose my Pre-Answer Motion to Dismiss. The Court will recall when the motion schedule was made on May 12, 2008, I advised that I will be out of the country during the period June 10, 2008 through June 15, 2008. That schedule now conflicts with the new reply date of June 13, 2008 you have set for me to respond to the City's opposition.

    I have conferred with Messrs. Hazan and Kessler and both have graciously consented to my receiving additional time to reply if such additional time is looked upon favorably by the Court. Inasmuch as my papers would be in the nature of a reply, I hope that this request does not constitute an inconvenience in the Court's scheduling. Therefore, I respectfully request that my time to reply to the City's opposition be extended until Friday, June 20, 2008.

Hon. Richard M. Berman
United States District Judge, SDNY
Page 2

      I thank the Court for its consideration.

                Respectfully submitted,

                MICHAEL A. ROSENBERG

MAR:dj

cc: American Honda Finance Corporation

cc: Steven L. Kessler, Esq.
    Attorney for Plaintiff
    122 East 42nd Street, Suite 606
    New York, New York 10168

cc: MICHAEL A. CARDOZO
    Corporation Counsel
    Attn: David M. Hazan, Esq.
    The City of New York, Law Department
    100 Church Street
    New York, New York 10007