UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MARK KAPITI,

                                       Plaintiff,

-against-

RAYMOND W. KELLY, in his official capacity as
Commissioner of the New York City Police
Department, PROPERTY CLERK, New York City Police
Department, and THE CITY OF NEW YORK,

                                         Defendants.

------------------------------------------------------------------ X

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)**

07 Civ. 3782 (RMB)

      **PLEASE TAKE NOTICE,** that defendants City of New York, Commissioner Raymond Kelly, and the Property Clerk of the New York City Police Department by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, hereby submit for their disclosures that:

      a.      The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information. At the present time, the City of New York is aware of the following:

            Plaintiff Mark Kapiti
            3890 Sedgwick Avenue, Apartment 5D
            Bronx, New York 10463

            Angel Toledo
            Address unknown

            Detective Maureen Mooney
            Vice Enforcement, Brooklyn South/Staten Island

            Assistant District Attorney Rita Bieniewicz
            Office of the Bronx District Attorney
            198 East 161st Street
            Bronx, New York 10451

      Representative for Honda Financial Services
      600 Kelly Way
      Holyoke, MA 01040

      Representative for Marde Enterprises LLC
      PO Box 2032
      New City, New York 10956

b.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information. At the present time, the City of New York is aware of the following:

| Document | Location |
|---|---|
| NYPD Civil Enforcement Unit File for Mark Kapiti | NYPD Civil Enforcement Unit |
| Bronx District Attorney File | Bronx DA Office |

c.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:
      Not applicable

d.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:
      Not applicable.

Dated: New York, New York
October 9, 2007

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                    City of New York
                    Attorney for Defendants City of New York and the
                    Property Clerk of the New York City Police
                    Department
                    100 Church Street, Room 3-186
                    New York, N.Y. 10007
                    (212) 788-8084

          By: _____
                    David M. Hazan (DH-8611)
                    Assistant Corporation Counsel
                    Special Federal Litigation Division

To:    Via First Class Mail
        Steven L. Kessler, Esq.
        122 East 42nd Street, Suite 606
        New York, NY 10168

Docket No. 07 Civ. 3782 (RMB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK KAPITI,

                                               Plaintiff,

-against-

RAYMOND W. KELLY, in his official capacity as Commissioner of the New York City Police Department, PROPERTY CLERK, New York City Police Department, and THE CITY OF NEW YORK,

                                            Defendants.

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and the Property Clerk of the New York City Police Department*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: David M. Hazan*
*Tel: (212) 788-8084*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................ ,2007*

*............................................................... Esq.*

*Attorney for ............................................................*

4