1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

2    ---------------------------------------------X
      MARK KAPITI,

3

                                 PLAINTIFF,

4
              -against-        Index No.:

5

6    RAYMOND W. KELLY, in his official Capacity as COMMISSIONER of
      NEW YORK CITY POLICE DEPARTMENT, PROPERTY CLERK, NEW YORK

7    CITY POLICE DEPARTMENT and THE CITY of NEW YORK,

8                              DEFENDANTS.
      ---------------------------------------------X

9    THE CITY OF NEW YORK,
                     THIRD-PARTY PLAINTIFF,

10

11

                      -against-

12
    AMERICAN HONDA FINANCE CORPORATION d/b/a

13   HONDA FINANCIAL SERVICES,
                  THIRD-PARTY DEFENDANT.

14   ---------------------------------------------X

15
              DATE: May 30, 2008

16            TIME: 11:10 a.m.

17

18

19         EXAMINATION BEFORE TRIAL of the Defendant,

20   AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL

21   SERVICES, by a Witness, TARA SCHOOLKRAFT, taken by the

22   Respective Parties, pursuant to a Court Order, held at the

23   office of MICHAEL A. CARDOZO ESQ., CORPORATION COUNSEL, 100

24   Church Street, New York, New York 10007, before a Notary

25   Public of the State of New York.

86

SCHOOLKRAFT

```
 1        A.    Yes, I did.

 2        Q.    Where is your signature on this document?

 3        A.    Tara L Miles.

 4        Q.    Next to where it is says "by"?

 5        A.    Correct.

 6        Q.    It indicates on this document that you were an

 7   authorized agent of Honda Financial Services?

 8        A.    Correct.

 9        Q.    Prior to signing this particular document, had you

10   ever signed similar documents before?

11        A.    Yes.

12        Q.    How many times?

13        A.    Hundreds.

14        Q.    Of those hundreds of times, had you signed any of

15   these types of documents with other municipalities other than

16   the City of New York?

17              MR. ROSENBERG:    Objection.  It's not

18              relevant.

19        A.    I don't remember.

20        Q.    Did you read this document before you signed it?

21        A.    Yes.

22        Q.    Did you discuss with anybody whether you should

23   sign it?

24        A.    No.

25        Q.    Did you at some point speak with somebody at the
```

SCHOOLKRAFT

1    Property Clerk ever intended to commence such an action?

2        A.    I do not know.

3        Q.    You mentioned that you've seen hundreds, or you've

4    been involved in hundreds of these types of cases?

5        A.    Yes.

6        Q.    Over the years that you've been there and that Mr.

7    Shay has been there; correct?

8        A.    Yes.

9        Q.    In any of those cases that you can remember, are

10   you aware of whether the New York City Police Department

11   Property Clerk ever commenced a forfeiture action to obtain

12   legal title to the vehicle prior to Honda's signing the

13   Hold-Harmless Letter?

14       A.    I'm not aware.

15       Q.    In any of those hundreds of cases, are you aware as

16   to whether the New York City Police Department Property Clerk

17   ever intended to commence a forfeiture action to obtain title

18   to the subject vehicle prior to Honda's signing off on the

19   Hold-Harmless Letter?

20           MR. HAZAN:    I object to the form.

21       A.    I'm not aware.

22       Q.    I appreciate you're not an attorney.  As whatever

23   your title was at the time at Honda when you received a

24   Hold-Harmless Agreement like this from the New York City

25   Police Department, did you ever have occasions or someone on

SCHOOLKRAFT

1          MR. KESSLER:  Yes.

2          MR. HAZAN:   Objection.

3     A.   No, I have not seen this one before.

4     Q.   Do you know in general what it is?

5     A.   It's a notice for repossession of motor vehicle.

6     Q.   In New York?

7     A.   Correct.

8     Q.   Do you know who generates this document?

9     A.   This is regarded by the State of New York, and the

10    repossession agency has this document.

11    Q.   So, the information in the large box, obviously not

12    the preprinted, but the large box towards the bottom of the

13    page is filled in by the repossession agency?

14    A.   Correct.

15    Q.   I'd like you to take a look at Mr. Kapiti's lease,

16    and look at the repossession notice as far as the description

17    of the car.  I'd like you to compare the vehicle information

18    on the repossession notice and the lease?

19    A.   I can already tell you that the VIN number is for a

20    Honda vehicle not an Acura vehicle.  It's not a two-door red

21    MDX with a four-door.

22    Q.   So, according to the VIN, and the make and model,

23    this is not the same vehicle; correct?

24    A.   Correct.

25    Q.   Getting back to the hundreds of cases.  After May

SCHOOLKRAFT

1    or June, whenever your involvement in this case finished, did

2    you have further dealing with the New York City Police

3    Department regarding Hold-Harmless Agreements?

4         A.    I don't remember.

5         Q.    Whose decision is it to classify a case as a

6    repossession?

7                   MR. HAZAN:    Objection.

8         A.    The company's.

9         Q.    Focussing on Mr. Kapiti's case, you said that the

10   tow truck company, the agency that repossesses the car fills

11   out the repossession notice.  They're not the ones that

12   determine whether it's going to be a repossession?

13        A.    No.

14        Q.    Who does?

15        A.    American Honda Finance Corporation.

16        Q.    Under what circumstances would Honda not classify

17   it as a repossession?

18                  MR. HAZAN:    Objection to form.

19        A.    Death of a customer.  A military person.

20        Q.    Have you ever classified the return of a vehicle as

21   an early termination?

22                  MR. HAZAN:    Objection to form.

23        A.    Early termination or a voluntary surrender.

24        Q.    Is that a yes?

25        A.    Yes.