**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

MARK KAPITI,

<table>
<tr><td></td><td style="text-align:center">Plaintiff,</td><td><b>DEFENDANTS' INITIAL<br>DISCLOSURES PURSUANT<br><u>TO FED. R. CIV. P. 26(A)</u></b></td></tr>
<tr><td style="text-align:center">-against-</td><td></td><td></td></tr>
</table>

                                                          Plaintiff,        **DEFENDANTS' INITIAL**
                                                                            **DISCLOSURES PURSUANT**
                          -against-                                         **TO FED. R. CIV. P. 26(A)**

RAYMOND W. KELLY, in his official capacity as
Commissioner of the New York City Police                                    07 Civ. 3782 (RMB)
Department, PROPERTY CLERK, New York City Police
Department, and THE CITY OF NEW YORK,

                                                        Defendants.

------------------------------------------------------------------------ X

    **PLEASE TAKE NOTICE,** that defendants City of New York, Commissioner Raymond

Kelly, and the Property Clerk of the New York City Police Department by their attorney Michael

A. Cardozo, Corporation Counsel of the City of New York, pursuant to Rule 26(a) of the Federal

Rules of Civil Procedure, hereby submit for their disclosures that:

    a.    The name and, if known, the address and telephone number of each individual
likely to have discoverable information that the disclosing party may use to
support its claims or defenses, unless solely for impeachment, identifying the
subjects of information.  At the present time, the City of New York is aware of the
following:

Plaintiff Mark Kapiti
3890 Sedgwick Avenue, Apartment 5D
Bronx, New York 10463

Angel Toledo
Address unknown

Detective Maureen Mooney
Vice Enforcement, Brooklyn South/Staten Island

Assistant District Attorney Rita Bieniewicz
Office of the Bronx District Attorney
198 East 161st Street
Bronx, New York 10451

Representative for Honda Financial Services
600 Kelly Way
Holyoke, MA 01040

Representative for Marde Enterprises LLC
PO Box 2032
New City, New York 10956

b.      A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.  At the present time, the City of New York is aware of the following:

| Document | Location |
| --- | --- |
| NYPD Civil Enforcement Unit File for Mark Kapiti | NYPD Civil Enforcement Unit |
| Bronx District Attorney File | Bronx DA Office |

c.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:
                  Not applicable

d.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

                  Not applicable.

2

Dated: New York, New York
        October 9, 2007

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                            City of New York
                            Attorney for Defendants City of New York and the
                            Property Clerk of the New York City Police
                            Department
                            100 Church Street, Room 3-186
                            New York, N.Y.  10007
                            (212) 788-8084

                    By:     _David M. Hazan_____
                            David M. Hazan (DH-8611)
                            Assistant Corporation Counsel
                            Special Federal Litigation Division

To:    Via First Class Mail
       Steven L. Kessler, Esq.
       122 East 42nd Street, Suite 606
       New York, NY 10168

3

Docket No. 07 Civ. 3782 (RMB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK KAPITI,

Plaintiff,

-against-

RAYMOND W. KELLY, in his official capacity as
Commissioner of the New York City Police
Department, PROPERTY CLERK, New York City
Police Department, and THE CITY OF NEW
YORK,

Defendants.

**DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and the*
*Property Clerk of the New York City Police*
*Department*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: David M. Hazan*
*Tel: (212) 788-8084*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................... ,2007*

*.................................................................... Esq.*

*Attorney for .........................................................*

## DECLARATION OF SERVICE

I, Philip S. Frank declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **October 9, 2007** I served the annexed **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)** by depositing a copy of the same, enclosed in a first-class postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, upon the following.

Steven L. Kessler, Esq.
122 East 42nd Street, Suite 606
New York, NY 10168

Executed on:  **October 9, 2007**
New York, New York

Philip S. Frank
Assistant Corporation Counsel
Special Federal Litigation Division

5