UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK KAPITI,

      Plaintiff,

-v-

RAYMOND W. KELLY, in his official capacity as Commissioner of the New York City Police Department, PROPERTY CLERK, New York City Police Department, and The CITY OF NEW YORK,

      Defendants.

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

No. 07 CV 3782 (RMB)

---

SIRS:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff, MARK KAPITI, will take the deposition upon oral examination of plaintiffs or plaintiffs' witnesses or agents, having knowledge of the facts herein, as an adverse party, to be taken, by stenographic means, before a Notary Public of the State of New York or other person duly qualified to so act, on February 5, 2008, at 10:00 a.m. at the office of STEVEN L. KESSLER, ESQ., 122 East 42nd Street, Suite 606, New York, New York 10168. The deposition will continue from day to day until completed, and will concern all claims, evidence and defenses asserted in this action by the parties.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, said person(s) to be examined shall produce, seven (7) days before such examination, the following:

    1.    All other documents, papers and things relevant to the issues and occurrences which are the subject of this action.

Dated:    New York, New York
           January 15, 2008

                                        Yours, etc.,

                                        STEVEN L. KESSLER (SK-0426)
                                        *Attorney for Plaintiff*

                                        122 East 42nd Street
                                        Suite 606
                                        New York, N.Y. 10168-0699
                                        212-661-1500

TO:    Philip Frank
         Asst. Corporation Counsel
         100 Church Street
         New York, N.Y. 10007