06091637

# HONDA
### Financial Services

Date: 5/30/06

Attn: City of New York          Re: Mark Kapiti
NYPD Legal Bureau               VIN: 2HNYD18666H516660
College Point Auto Pound        Vehicle: 2006 Acura MDX

To Whom It May Concern:

Honda Financial Services agrees to indemnify and hold you harmless for any liability or claim made against you arising out of the release of the above referenced vehicle to Honda Financial Services.

Mark Kapiti is in default of a contractual agreement dated February 2, 2006. The account is due for 504.40.

Honda Financial Services will not release this vehicle to the customer nor any relatives or friends of our customer without your consent.

We give our authorization for The Crossland Group, Inc. to pick up the above vehicle on our behalf.

Agent for The Crossland Group _____.

I hereby state that I have the authority to make the representation made herein.

Sincerely,

Tara L. Miles
Tara Miles
Customer Account Representative
Honda Financial Services

Sworn and certified before me today 5/30/06
Dimitra A. Kenney
Notary Public
My Commission Expires 7/31/09 in the State of MA

Northeast Region

American Honda Finance Corporation  600 Kelly Way, Holyoke, Massachusetts 01040-9682  (800) 542-2432  Fax (800) 752-9927

NYC 31