To all to whom these Presents shall come or may Concern, Know That, _Honda Financial Services_ a corporation maintaining a place of business at _600 Kelly Way, Holyoke MA 01040_ as RELEASOR, in consideration of the release of a 2006 ACURA MDX, Vehicle Identification Number 2HNYD18666H516660, from the PROPERTY CLERK, NEW YORK CITY POLICE DEPARTMENT,

as RELEASEE, receipt whereof is hereby acknowledged, releases and discharges the Property Clerk, New York City Police Department, the RELEASEE, RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, and further agrees:

That the RELEASORS will hold harmless the RELEASEE, the New York City Police Department, its agents, servants and employees and indemnify same from any claim or claims that may be asserted against them and for any damage, expense or cost which the New York City Police Department may suffer in connection with property vouchered under Property Clerk, New York City Police Department Invoice WB103699.

Furthermore, whereas the subject vehicle has been seized and whereas Releasee intends to commence, or has commenced, a forfeiture action to obtain legal title to the subject vehicle, Releasor has terminated its lease agreement with, and agrees not to return the subject vehicle to the custody or control of MARK KAPITI, or any member of his family and/or household.

Whenever the text hereafter requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

In Witness Whereof, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on the _30_ day of _May_, 2006.

By: _Tara L. Miles_

Authorized agent of _Honda Financial Services_

In presence of,
STATE OF _MA_   COUNTY OF _Hampden_ ss:

On the _30_ day of _May_, 2006 before me _Tara Miles_ personally came to me known, by me duly sworn, did depose and say that deponent resides at _600 Kelly Way_, that deponent is the _Supervisor_ of _Honda Financial Services_ the corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of _Honda Financial_ of the corporation; and that deponent signed deponent's name by like order.

_Dimitra A. Kenney_
NOTARY PUBLIC

Dimitra A. Kenney
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 31, 2009

TOTAL P.02

NYC 51