

OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

ROBERT T. JOHNSON
District Attorney

198 East 161st Street
Bronx, New York 10451

(718) 590-2000

## DISTRICT ATTORNEY'S RELEASE

The Office of the District Attorney, County of Bronx, hereby states that it no longer needs as evidence the following property:

Property Clerk Voucher Number: B 103699 V

Items Number: 1

ACURA SUV Lic. Plate No - DNC 4337.

(A District Attorney's Release is not to be construed as a statement by the District Attorney as to the possessory rights to the property of any person, including the claimant.)

ADA *Rita B_____*
(Signature)

ADA RITA BIENIEWICZ
(Name Printed)

8/9/06
(Date)