770 72935

ATTEST A TRUE AND EXACT COPY.

*signature*

CUSTOMER SERVICE REPRESENTATIVE

Sworn and certified before me today 5/30/06

*signature* Dimitra A. ____

Notary Public
My Commission Expires 7/31/09

HVT INC
600 KELLY WAY
HOLYOKE MA     01040

77072935

0001

## CERTIFICATE OF TITLE

### NEW YORK STATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No |
|---|---|---|---|---|---|
| 2HNYD18666H516660 | 2006 | ACURA | MDX | SUBN | 046518H |

| Color | Wt./Sts./Lgth | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BL | 4396 | GAS | 6 | NEW | VEHICLE | 3/14/06 |

Name and Address of Owner(s)

HVT INC
600 KELLY WAY
HOLYOKE MA   01040

ODOMETER READING  00016
ACTUAL MILEAGE    00016

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                          Lienholder
**NO LIENS RECORDED**               **NO LIENS RECORDED**

Lienholder                          Lienholder
**NO LIENS RECORDED**               **NO LIENS RECORDED**

NYC 155