**HONDA**
Financial Services

# AUTHORIZATION OF LIMITED LIABILITY COMPANY TO LEASE

☐ Honda Lease Trust, A Delaware Business Trust
☐ HVT, Inc., a Delaware corporation, as Trustee for Honda Lease Trust (Virginia Only)
☒ HVT, Inc., a Delaware corporation (New York Only)

The undersigned hereby certify that they are all of the members of _Marde Enterprises_

_____, a limited liability company validly existing and in good standing under the laws of the State of _New York_. The undersigned partners hereby authorize the execution and delivery of the Closed-End Vehicle Lease Agreement referred to below, and authorize any one of the undersigned partners, acting alone, to:

(1) Enter into, execute and deliver the Closed-End Vehicle Lease Agreement dated as of _2/2/06_ _____, between the Lessor named therein and said Lessor's assignee referenced above (individually and collectively, "Lessor") and this limited liability company;

(2) Execute and deliver to Lessor guarantees of the obligation, including individual continuing guarantees (if applicable);

(3) To do and perform all other acts and deeds that may from time to time be appropriate or necessary to carry fully into effect the foregoing and perform the obligations of this limited liability company under the terms and conditions of the Closed-End Vehicle Lease Agreement.

This Authorization shall also operate to expand the purpose and activity clause of the Limited Liability Company Agreement to the extent necessary to expressly include the activities as authorized herein, including all purposes and activities necessary for the limited liability company to comply with the terms and conditions of the Closed-End Vehicle Lease Agreement, and the Limited Liability Company Agreement is so amended.

Further, Lessor is authorized to act in reliance upon the matters herein contained, notwithstanding anything contained in the Limited Liability Company Agreement as so amended.

Further, the Limited Liability Company certifies that it has filed and published as provided by law, its Business Name Certificate.

The foregoing Authorization is adopted and made effective on _2/2/06_.

_Marde Enterprises_
Name of Limited Liability Company

By: _Mark Kupit_
Member

_3890 Sedgwick Av_
Address

By: _____
Member

_Bronx, NY 10463_
City, State, Zip

By: _____
Member

Form 333-24ac (Rev. 01/03)

NYC 214