# HONDA   CREDIT DECISION NOTIFICATION
**Financial Services**

600 KELLY WAY
HOLYOKE, MA
CREDIT FAX (800) 752-9927
FUNDING FAX (800) 752-9927

DECISION: APPROVED
APPLICANT: MARDE

Attention: Finance Department
February 02, 2006      13:22:07
Application ID:        103066040AHFDL

251524-CURRY ACURA
695 CENTRAL PARK AVE.
SCARSDALE NY 105832511
FAX (914) 725-5792

The credit application submitted for ENTERPRISES MARDE has been APPROVED. The following terms apply:

Program:               05 MDX LEASE STANDARD-SPECIAL
Model:                 YD1886JNW         2006 MDX 5DR TOURNA
Unpd Cash Bal/Adj Cap Cost: $ 38,700.00
Term:                  36 MONTHS
Related Applicant(s):  MARK KAPITI - Guarantor

PROGRAM RATE:   .00175

Rate Modifiers: (All applicable modifiers MUST be added to or subtracted from the program rate.)
> Subtract 00.000100 to Program Rate IF AHFC LOYALTY
>
>
>
>
>
>
>

Note: Each applicable Rate Modifier will be verified at contract purchase

Eligibility
> No Security Deposit
>
>
>

Note: Each applicable Eligibility item will be verified at contract purchase

Stipulations
** APPROVED AS REQUESTED **
CORPORATE RESOLUTION REQUIRED
ADVANCE LIMITED TO AHFC POLICY
ONE UNIT ONLY

Comments
38700X36 IT,FEES PG MUST BE OFFICER
CREDIT DECISION AND FUNDING FAXES WILL BE DISCONTINUED EFFECTIVE 2/17/06
PLEASE REFER TO THE INTERACTIVE NETWORK OR CONTACT AHFC FOR DETAILS.

ROXANN BAILEY, X1208
(800) 752-9926

Do not provide this form to customers. For AHFC and DEALER use only.
Approvals are valid for thirty (30) days from the date of this notice.
Buy Rate above is based on application processing date.
Actual rates and residuals are based on contract date.
Contract advance must not exceed AHFC's allowable limits.