# HONDA

## Financial Services

August 22, 2006

Mark Kapiti
3890 Sedqwick Ave #5d
Bronx, NY 10463

Re: Account Number 77072935
    VIN: 2HNYD18666H516660
    2006 Acura Mdx

Dear Mark Kapiti:

You are in default under the term of the Installment Contract executed by you on February 2, 2006 for the purchase of the above described vehicle.

By reason of your breach please be advised that the undersigned has taken possession of said vehicle. Notice is hereby given that because the College Point Agency seized your and, pursuant to law, prohibits return of the vehicle to you or any other person liable on the contract, you do not have the right to redeem the vehicle or reinstate the contract.

1. American Honda Finance Corporation (AHFC) intends to dispose of the vehicle by private sale on or after 25 days from the date of giving or mailing of this Notice.

2. Upon written request, AHFC will give a written accounting of the disposition of the vehicle. Such request must be made in writing and personally served or sent by first class mail or certified mail, return receipt requested to the following address: Honda Financial Services 600 Kelly Way, Holyoke, MA 01040

3. **NOTICE: YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNT DUE.**

4. **AS OF TODAY, THE PAYOFF ON YOUR ACCOUNT WHICH INCLUDES LATE CHARGES, INTEREST AND EXPENSES IS $40,867.56.**

5. Upon disposition of the vehicle, if the amount received is more than your payoff amount, the overage will be returned by the Honda Financial Services Agency.

6. Upon disposition of the vehicle, if the amount received is less than your payoff amount, you will be liable for the deficiency balance, plus interest at the contract rate from the date of disposition of the vehicle to the date of entry of judgment.

Should you have any questions or need assistance, please contact us at (800) 457-9929.

Sincerely,

AMERICAN HONDA FINANCE CORPORATION

Nicole Mason
Customer Accounts Representative

NOIGOVNT.doc (Rev. 1/02)

NYC 175