NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG
JOSEPH ZODDA

WRITER'S EXT. 248

September 20, 2006

Via Fax 800-457-9931
American Honda Finance Corporation
600 Kelly Way
Holyoke, Massachusetts 01040
Attn: Tara L. Miles
800-807-7724 x1416

Re:   Mark Kapiti
      VIN: 2HNYD18666H516660
      Vehicle: 2006 Acura MDX

Dear Ms. Miles;

This office represents Mark Kapiti regarding the above, and is in furtherance of our conversation of today.

Enclosed please find a copy of my letter dated September 11, 2006 to your general counsel.

You advised that the vehicle was sent to auction. Demand is hereby made that the vehicle be immediately returned to my client and not sold.

Please be advised that Mr. Kapiti is fully prepared to take all legal steps necessary to protect his interests herein, including, but not limited to the commencement of a lawsuit where he will seek damages as well as costs and legal fees.

Yours,

Stephen I. Wohlberg

cc: Rudolph J. Meola, Esq. Via Fax 518-426-3309
SIW/bms

NYC 53