# HONDA
Financial Services

## ACCOUNTING FOR SALE OF MOTOR VEHICLE

October 25, 2006

*Call Please Mark*

*718 440-7054*

Mark Kapiti
3890 Sedgwick Ave 5 D
Bronx, NY 10463

Re: Account Number 77072935
    2006 Acura Mdx VIN: 2HNYD18666H516660

Dear Mark Kapiti:

You are hereby notified that American Honda Finance Corporation, the lessor under the Closed-End Vehicle Lease Agreement covering the above described property sold the property on October 13, 2006, and applied the proceeds thereof in the amount of $33,400.00 to the total indebtedness as follows:

| | | |
|---|---|---|
| Adjusted Lease Balance Remaining Due | | $35,357.26 |
| Unpaid Lease Payments as of Termination | + | $2,243.40 |
| Other Amounts Due under Lease Agreement (excluding excess wear and mileage) | + | $0.00 |
| Disposition Fee | + | $0.00 |
| Costs of Repossession, Storage and Reconditioning | + | $915.00 |
| *Gross Early Termination Amount* | = | $38,515.66 |
| **GROSS AUCTION SALES PROCEEDS** | $33,400.00 | |
| Auction/Misc. Fees | − $502.33 | |
| Attorney's Fees | − $200.00 | |
| Other: | − $0.00 | |
| Security Deposit | + $0.00 | |
| *Net Sales Proceeds* | = | $32,697.67 |
| *LEASE BALANCE REMAINING DUE* | = | $5,817.99 |

☒ A balance of $5,817.99 is currently due. Please forward this amount within ten (10) days of receipt of this notice to the address above. If you are unable to pay this amount immediately, please contact us to make suitable payment arrangements.

☐ If you are entitled to a refund, a check will be forthcoming.

Should you have any questions or need assistance, please contact us at (800) 717-0238.

Sincerely,

AMERICAN HONDA FINANCE CORPORATION

Nancy Anderson
Customer Account Representative Senior

UCC Lease Post Sale Accounting.doc (Rev 12/01)

American Honda Finance Corporation  600 Kelly Way, Holyoke, Massachusetts 01040  (800) 542-2432

NYC 38