NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

(914) 375-0100

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG D. ZIM
CHARLES D. WASSERMAN

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG

WRITER'S EXT. 248

January 10, 2007

Mark Kapiti
3890 Sedgwick Avenue, Apt. 5D
Bronx, New York 10463
718-440-7054

Re:  Mark Kapiti v. Honda
     VIN: 2HNYD18666H516660, Vehicle: 2006 Acura MDX

Dear Mr. Kapiti:

I have had several conversations with Mr. Von Johnston, paralegal, Ross Gelfand, Esq., 1265 Minhinette Drive, #150, Rosswell GA. 30075, 800-899-4353 x 4627, fax 770-840-8575, attorney for Honda Financing, who demanded $6,048.95. In order to settle this matter now, Honda would agree to a $2,000 reduction, and accept $4,048.

Enclosed please find a copy of your vehicle payment history faxed to me by Mr. Von Johnston. Honda claims you did not make the 2/06 lease payment and were therefore always one month behind in your payment. Accordingly, when the police seized your vehicle, Honda decided to exercise its option to repossess the car based on your default in payments, as outlined in their letter of 5/3/06, a copy of which is enclosed.

Please provide me with copies of the front and back of your checks showing that you were in fact current with your payments.

Please feel free to contact me regarding this matter.

Very truly yours,

Stephen I. Wohlberg

SIW/bms
encls.

NYC 29