**NOVICK, EDELSTEIN, LUBELL, REISMAN,**
**WASSERMAN & LEVENTHAL, P.C.**
ATTORNEYS AND COUNSELLORS AT LAW
733 YONKERS AVENUE
YONKERS, NEW YORK 10704

FAX (914) 375-0699

I. SCOTT EDELSTEIN
ROBERT H. LEVENTHAL
PETER A. LUBELL
EUGENE S. REISMAN
SOL M. WASSERMAN
EDWARD FRIEDMAN
PETER A. LIFSON
RAMONA L. GOODMAN
LAWRENCE T. SCHIRO
CRAIG O. ZIM
CHARLES D. WASSERMAN

(914) 375-0100

MATTHEW L. GORDON
PATRICIA A. FRIEDRICH
EILEEN P. KENNY
PAUL T. FINKELSTEIN
MORTON M. GOLDBERG
STEVEN M. LESH
STEPHEN I. WOHLBERG

WRITER'S EXT. 248

February 5, 2007

Via Certified Mail RRR
Law Offices of Ross Gelfand
1265 Minhinette Drive, Suite 150
Roswell, Georgia 30075
Attn: Maxine Tate, Esq.
678-287-4602

Re:  Mark Kapiti v. Honda Financial Services          Vehicle: 2006 Acura MDX
     VIN: 2HNYD18666H516660

Dear Ms. Tate;

This office represents Mark Kapiti regarding the above and is in furtherance of our conversation and my conversations with Mr. Von Johnston of your office.

When Honda wrongfully repossessed my client's vehicle, Honda issued a signed sworn statement dated 5/30/06, by Tara Miles, Customer Account Representative for Honda Financial Services, stating "Mark Kapiti is in default of a contractual agreement dated 2/6/06. The account is due for $504.20".

However, this sworn statement is flatly contradicted by the "backup information" provided by Honda. According to the Client Payment History you sent me generated by Honda, both the 5/4/06 and 6/4/06 invoices state "Total past Due: $0.00".

Thus according to Honda's own records, Mr. Kapiti had a ZERO ($0.00) past due amount when Honda wrongfully repossessed his vehicle on or about 5/30/06.

Accordingly, demand is once again hereby made for the immediate return of the vehicle to Mr. Kapiti and that Honda notify and remove the negative rating from all credit agencies. Please be advised that in the event same is not done within five (5) days hereof, my client is fully prepared to take all legal steps necessary to protect his interests herein.

Yours,

Stephen I. Wohlberg

SIW/bms

NYC 28