2007-016236
SF

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
     MARK KAPITI,
 3
                                    PLAINTIFF,
 4
              -against-            Index No.:
 5

 6   RAYMOND W. KELLY, in his official Capacity as COMMISSIONER of
     NEW YORK CITY POLICE DEPARTMENT, PROPERTY CLERK, NEW YORK
 7   CITY POLICE DEPARTMENT and THE CITY of NEW YORK,

 8                                  DEFENDANTS.
     ------------------------------------------X
 9   THE CITY OF NEW YORK,
                          THIRD-PARTY PLAINTIFF,
10

11
                      -against-
12
     AMERICAN HONDA FINANCE CORPORATION d/b/a
13   HONDA FINANCIAL SERVICES,
                          THIRD-PARTY DEFENDANT.
14
     ------------------------------------------X
15
                        DATE: May 30, 2008
16                      TIME: 11:10 a.m.

17

18

19           EXAMINATION BEFORE TRIAL of the Defendant,

20   AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL

21   SERVICES, by a Witness, TARA SCHOOLKRAFT, taken by the

22   Respective Parties, pursuant to a Court Order, held at the

23   office of MICHAEL A. CARDOZO ESQ., CORPORATION COUNSEL, 100

24   Church Street, New York, New York 10007, before a Notary

25   Public of the State of New York.
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

1

SCHOOLKRAFT

1    Q.   I'd like to direct your attention to what's been
2   marked as Defendants' Exhibit W, it's 176.  Before we go into
3   this document, I have a general question.  When there are two
4   individuals named on a lease and there are outstanding
5   payments, is there any way to it determine who gets billed?
6    A.   The primary person.
7    Q.   How do you know who the primary person is?
8    A.   Whoever is on the top of the contract and account.
9   Or you can also create a bill-to address.  Which is sending
10  an invoice to a different statement as long as the customer
11  requests that invoice to go to a different address.
12   Q.   If a customer requests that an invoice be sent to a
13  different address, would that be contained in that computer
14  system?
15   A.   Yes.
16   Q.   Directing your attention again to the document
17  marked Defendants' Exhibit W.
18   A.   Yes.
19   Q.   Do you recognize that particular document?
20   A.   No.
21   Q.   Have you seen documents like that before?
22   A.   Yes.
23   Q.   What is the purpose of this type of document?
24   A.   This is an efficiency balance letter.
25   Q.   What does that mean?