1

```
 1
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  File No. 07CV3782
    ------------------------------------x
 4  MARK KAPITI,
                    Plaintiff,
 5       - against -
    RAYMOND W. KELLY, in his official
 6  capacity as Commissioner of the NEW
    YORK CITY POLICE DEPARTMENT, PROPERTY
 7  CLERK, NEW YORK CITY POLICE DEPARTMENT
    AND THE CITY OF NEW YORK,
 8                  Defendants.
    ------------------------------------x
 9                  May 28, 2008
                    10:40 a.m.
10
11            Deposition of GEORGE TRIFFON,
12  taken by the Plaintiff, pursuant to
13  Notice, held at the offices of
14  Corporation Counsel, One Police Plaza,
15  New York, New York, before Brian
16  Glickman, a Shorthand Reporter and
17  Notary Public of the State of New York.
18
19
20
21
22
23
24
25
```

```
                                                        32
1                       TRIFFON
2    were to have gone to an OATH hearing.
3         Q.    Do you see -- now, you are
4    looking on the left-hand side in the
5    middle of the first page, correct?
6         A.    Correct.
7         Q.    And next to the term hearing
8    attorney, ATTY, it has your last name,
9    correct?
10        A.    It does.
11        Q.    And that's the misnomer that
12   you indicated?
13        A.    The word attorney is a
14   misnomer, because at the time I was not
15   an attorney.  I was simply a
16   representative of the Police Department
17   at these hearings.
18        Q.    Would it be more accurate to
19   call you a hearing officer?
20              MR. HAZAN:  Objection.
21        A.    It would be more accurate to
22   not call me an attorney.
23        Q.    Now, underneath Hearing
24   Attorney Triffon, it says hearing DISP,
25   do you see that?
```

TRIFFON

A. Yes.

Q. What does that refer to, what does that line refer to?

MR. HAZAN: Objection to form.

A. Again, I'm simply interpreting the page in front of me. It appears to say hearing disposition, which indicates the disposition of the hearing.

Q. What does it say next to it?

A. Needed by DA as evidence dash no.

Q. What does that mean?

A. To the best of my recollection, it means that no hearing was going to be conducted because the vehicle was needed as evidence by the District Attorney.

Q. Let's run through that one more time.

It says here needed by DA as evidence dash no, correct?

A. Correct. That's what I see.