UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK KAPITI,                                         07 Civ. 3782 (RMB) (KNF)

                Plaintiff,

      -against-

RAYMOND W. KELLY, in his official
Capacity as Commissioner of New York City
Police Department, Property Clerk, New York
City Police Department, and The City of New York,

                Defendants.
------------------------------------------------------------x     **DECLARATION IN SUPPORT OF FILING REPLY EXHIBITS TO PRE-ANSWER MOTION TO DISMISS**

THE CITY OF NEW YORK,

                Plaintiff,

      -against-

AMERICAN HONDA FINANCE CORPORATION
d/b/a HONDA FINANCIAL SERVICES,

                Defendant.
------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

      MICHAEL A. ROSENBERG, an attorney duly admitted to practice law before the Courts of the State of New York and the Federal Courts, Southern District of New York, declares the following under penalty of perjury:

      1.  I am the attorney for Third-Party defendant, AMERICAN HONDA FINANCE CORPORATION s/h/a HONDA FINANCIAL SERVICES ("HONDA"). I make this declaration in connection with the filing of HONDA's Exhibits in Reply, and in further support of its application to

1

dismiss the Third-Party action.

    2.   I am fully familiar with the facts and circumstances surrounding this matter.

    3.   Annexed is the affidavit of TARA SCHOOLCRAFT and Exhibit "1" are excerpts from her deposition testimony.

Dated:  New York, New York
         July 11, 2008

                              *s/ Michael A. Rosenberg, Esq.*
                              MICHAEL A. ROSENBERG, ESQ. (8770)
                              Attorney for Third-Party Defendant
                              **AMERICAN HONDA FINANCE CORPORATION**
                              **s/h/a HONDA FINANCIAL SERVICES**
                              122 East 42nd Street, Suite 606
                              New York, New York  10168
                              (212) 972-3325

TO:     <u>By Federal Express</u>
          Hon. Richard M. Berman
          United States District Court
          Southern District of New York
          United States Courthouse
          500 Pearl Street
          New York, New York  10007

          MICHAEL A. CARDOZO
          New York City Corporation Counsel
          The City of New York
          Law Department
          100 Church Street
          New York, New York  10007
          Attn:  Philip Frank, Esq.
              and
          <u>By Hand Delivery</u>
          Steven L. Kessler, Esq.
          122 East 42nd Street, Suite 606
          New York, New York  10168

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK KAPITI,                                         07 Civ. 3782 (RMB) (KNF)

                Plaintiff,

      -against-

RAYMOND W. KELLY, in his official
Capacity as Commissioner of New York City
Police Department, Property Clerk, New York
City Police Department, and The City of New York,

                Defendants.

------------------------------------------------------------x                **CERTIFICATE OF MAILING**

THE CITY OF NEW YORK,

                Plaintiff,

      -against-

AMERICAN HONDA FINANCE CORPORATION
d/b/a HONDA FINANCIAL SERVICES,

                Defendant.

---------------------------------------------------------------x

    I, DENISE GREEN, being duly sworn, deposes and says:

11. I am not a party to the action. I am over 18 years of age and reside at New York, New York.

12. On July 11, 2008, I served the within Declaration in Support of filing Reply Exhibits upon the parties listed below at the address so designated for that purpose, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Post Office within New York State, addressed to each of the following persons at the last known address set forth after each name:

        By Federal Express
        Hon. Richard M. Berman
        United States District Court
        Southern District of New York
        United States Courthouse
        500 Pearl Street
        New York, New York  10007

        MICHAEL A. CARDOZO
        New York City Corporation Counsel
        The City of New York
        Law Department
        100 Church Street
        New York, New York 10007
        Attn: Philip Frank, Esq.

        <u>By Hand Delivery</u>
        Steven L. Kessler, Esq.
        122 East 42nd Street, Suite 606
        New York, New York 10168

                s/Denise Green
                Denise Green

Sworn to before me this
 11th day of July, 2008.

*s/Michael Alan Rosenberg*
Notary Public, State of New York
No. 02R08650935
Qualified in New York County
Commission Expires August 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                        4

MARK KAPITI,                                                                  07 Civ. 3782 (RMB) (KNF)

                      Plaintiff,

      -against-

RAYMOND W. KELLY, in his official
Capacity as Commissioner of New York City
Police Department, Property Clerk, New York
City Police Department, and The City of New York,

                      Defendants.
------------------------------------------------------------x     **CERTIFICATE OF MAILING**

THE CITY OF NEW YORK,

                      Plaintiff,

      -against-

AMERICAN HONDA FINANCE CORPORATION
d/b/a HONDA FINANCIAL SERVICES,

                      Defendant.

----------------------------------------------------------------x

    I, DENISE GREEN, being duly sworn, deposes and says:

13.    I am not a party to the action. I am over 18 years of age and reside at New York, New York.

14.    On July 11, 2008, I served the within Reply Affidavits in Support upon the parties listed below at the address so designated for that purpose, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Post Office within New York State, addressed to each of the following persons at the last known address set forth after each name:

                <u>By Federal Express</u>
                Hon. Richard M. Berman
                United States District Court
                Southern District of New York
                United States Courthouse
                500 Pearl Street
                New York, New York  10007

MICHAEL A. CARDOZO
New York City Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, New York  10007
Attn:  Philip Frank, Esq.

<u>By Hand Delivery</u>
Steven L. Kessler, Esq.
122 East 42nd Street, Suite 606
New York, New York  10168

       s/Denise Green
       Denise Green

Sworn to before me this
 11th day of July, 2008.

*s/Michael Alan Rosenberg*
Notary Public, State of New York
No. 02R08650935
Qualified in New York County
Commission Expires August 31, 2010