|  |  |
|---|---|
| Seizure # | 06/1678 |
| Storage # | 06P00473 |
| Voucher # | B103699 |
| SETTLE | None |
| Vehicle | 2006 ACURA |

## POLICE DEPARTMENT
## CITY OF NEW YORK

June 2, 2006

From:    George Triffon, Police Officer, Civil Enforcement Unit

To:    Assistant Commissioner, Civil Enforcement Unit

Subject:    SETTLEMENT OF PROPERTY CLERK V. Mark Kapiti

    On April 23, 2005, the subject vehicle, a 2006 ACURA, Vehicle Identification Number 2HNYD18666H516660, was seized pursuant to the arrest of Mark Kapiti for violation of New York Penal Law Section 270.00, Unlawful Dealing with Fireworks.

    I have negotiated a settlement, subject to your approval, with the titled owner HONDA FINANCIAL SERVICES (hereinafter "HONDA"), of the subject vehicle. Pursuant to the settlement, we would return the subject vehicle to HONDA in consideration of an executed hold harmless agreement by HONDA that it has terminated defendant Mark Kapiti's lease contract, and it will not return the vehicle to that defendant.

    I respectfully recommend that this settlement be approved forthwith.

*George Triffon*
George Triffon
Police Officer

PLAINTIFF'S EXHIBIT
3
5/28/08 BC

NYC 14

|  |  |
|---|---|
| Seizure # | 06/1678 |
| Storage # | 06P00473 |
| Voucher # | B103699 |
| SETTLE | None |
| Vehicle | 2006 ACURA |

June 2, 2006

## POLICE DEPARTMENT
## CITY OF NEW YORK

**PLAINTIFF'S EXHIBIT** 4  5/28/08 BC

From:   Assistant Commissioner, Civil Enforcement Unit

To:   Commanding Officer, Property Clerk Division

Subject:   SETTLEMENT OF: <u>PROPERTY CLERK V. Mark Kapiti</u>

PLEASE BE ADVISED THAT:

[ X ]   **This case has been SETTLED by the Legal Bureau- Civil Enforcement Unit. Please release the vehicle to the properly identified bearer of release showing valid ownership of the vehicle.**

[   ]   Title to the vehicle has been obtained by a THIRD PARTY, who was not the titleholder at the time of seizure. Please release the vehicle to the properly identified current titleholder indicated on release who provides proper title or transfer of title.

[   ]   This vehicle has been classified as EVIDENCE ONLY. Documentation was provided to the Legal Bureau- Civil Enforcement Unit, which allows/necessitates the release of the vehicle to the registered/titled owner. Please release the vehicle to the properly identified bearer of release showing valid ownership of the vehicle.

[   ]   Pursuant to Vehicle and Traffic Law Section 1224, Property Clerk should notify the last known titled and/or registered owner of the vehicle, and any lienholder, that the vehicle is held by the Property Clerk. The Property Clerk should follow all Department procedures regarding vehicles held as SAFEKEEPING.

[   ]   The NYPD has OBTAINED TITLE to the subject vehicle. The vehicle is available for auction/salvage/conversion pursuant to Department procedures.

ROBERT F. MESSNER
Assistant Commissioner
Civil Enforcement Unit

NYC 1

|  |  |
|---|---|
| Seizure # | 06/1678 |
| Storage # | 06P00473 |
| Voucher # | B103699 |
| SETTLE | None |
| Vehicle | 2006 ACURA |

June 2, 2006

## POLICE DEPARTMENT
## CITY OF NEW YORK

From:     Assistant Commissioner, Civil Enforcement Unit

To:     Commanding Officer, College Point Auto Pound

Subject:   **RELEASE OF VEHICLE**

PLAINTIFF'S EXHIBIT 5 5/28/08 BG

    Pursuant to an agreement between **HONDA AUTO FINANCE CORP.**, and the Property Clerk, New York City Police Department, please release the subject vehicle, a **2006 ACURA**, Vehicle Identification Number **2HNYD18666H516660** to **HONDA AUTO FINANCE CORP.**, upon presentation of this notification and proper identification.

    The vehicle may also be released to a person bearing this notification, proper identification showing address and a notarized written authorization from **HONDA AUTO FINANCE CORP.**

ROBERT F. MESSNER 6/4/06
Assistant Commissioner,
Civil Enforcement Unit

cc: Property Clerk

---

### NOTICE TO VEHICLE CLAIMANTS

    This letter gives the titled owner authorization to claim the above vehicle from the College Point Pound. CLAIM IT IMMEDIATELY. If this vehicle is not claimed promptly at the College Point Pound, the vehicle may be disposed of pursuant to the law.

    The original Certificate of Title, or a notarized copy of the title (front and back), and government issued photo identification are required. The vehicle may also be released to a person bearing a notarized letter from the titled owner granting authorization to retrieve the vehicle. The College Point Pound is located at 120-05 31st Avenue Whitestone, NY (718) 445-0100.

    Directions: take Long Island Expressway to the Van Wyck Expressway towards the Whitestone Bridge. Follow the Van Wyck Expressway to Linden Place exit. Proceed to traffic light, turn left. Proceed under expressway to traffic light, turn left. Proceed along service road to 31st Avenue. Turn right on 31st Avenue and proceed to College Point Pound Administration Building on right side of street.

---------- CEU use only ----------

☒ D.A.'s Release Received Verbal/Written
☐ Criminal Case Complete

☐ Waiver of Defenses Received
☐ Not vouchered as Evidence

_____
Signature of CEU personnel verifying above

NYC 15