UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK KAPITI,

                        Plaintiff,

      - against -

RAYMOND W. KELLY, et al.,

                       Defendants.
------------------------------------------------------------x

07 Civ. 3782 (RMB) (KNF)

**ORDER OF DISCONTINUANCE**

Based upon the parties' letter, dated September 10, 2008, indicating that "these parties settled the above-referenced action today," it is hereby

**ORDERED**, that the above captioned action is hereby discontinued and the American Honda Finance Corporation's Motion to Dismiss [#44] is hereby dismissed as moot.

Dated: New York, New York
        September 10, 2008

                                                      **Richard M. Berman, U.S.D.J.**